DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AIMEE RIESS,**
Appellant,

v.

**GARY RIESS,**
Appellee.

No. 4D21-2919

[February 10, 2022]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. FMCE21-005698.

Melody Ridgley Fortunato of Fortunato & Associates, P.A., Fort Lauderdale, for appellant.

Gary Riess, Fort Lauderdale, pro se.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***